422 A.2d 1162

Commonwealth v. Emanuele, Appellant.

Argued April 9, 1979. Robert German, for appellant; K. E. Mericli, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WIEAND and HOFFMAN, JJ.

Judgment of sentence affirmed.

422 A.2d 1162

Commonwealth v. Hernandez, Appellant.

Submitted April 12, 1979. Norman A. Levine, Public Defender, for appellant; Howard C. Klebe, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WIEAND and HOFFMAN, JJ.

Judgment of sentence affirmed.